IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-1807 |
| MATTHEW ALEXANDER TRIBBIE | [UNDER SEAL] |

### AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Kristin Hummer, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

### INTRODUCTION

1.     Your Affiant submits this Affidavit in support of a criminal complaint charging MATTHEW ALEXANDER TRIBBIE with one count of Production of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a) and (e).

2.     I am employed as a Special Agent of the Federal Bureau of Investigation and have been so employed since 2020. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, child pornography, violent crimes, white collar crime, major economic crime, and health care fraud. I have gained experience through my initial training at the FBI Academy in Quantico, Virginia, various training classes in these matters, and everyday work relating to conducting these types of investigations. I have received training in the areas of child exploitation and child pornography and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have gained experience in seizing computer and other electronic equipment pursuant to the execution of numerous search warrants and, in turn, the analysis of the imaged electronic devices processed by FBI technical computer personnel. I

1

am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

3. Your Affiant is aware that Title 18, United States Code, Sections 2251(a) and (e) make it a crime to use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, with the intent that the minor engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or attempt to do so, and such visual depiction was produced using materials which had been mailed, transported, or shipped in interstate and foreign commerce, or such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or if such visual depiction actually was so transported or transmitted.

4. Your Affiant is further aware that Title 18, United States Code, Section 2256, defines "sexually explicit conduct" as actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the anus, genitals, or pubic area of any person.

5. Through my experience and training, I am aware that Title 18, United States Code, Section 2256 defines "minor", for purposes of Section 2252, as "any person under the age of eighteen years." Section 2256 also defines "sexually explicit conduct" for purposes of these sections as including: (a) genital-genital, oral-genital, anal-genital, and oral-anal sexual intercourse, whether between persons of the same or opposite sex; (b) bestiality; (c)

masturbation; (d) sadistic or masochistic; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

6.  I am familiar with the facts and circumstances set forth in this Affidavit as a result of my personal participation in the investigation of Tribbie, which includes information received from other criminal investigators. Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact known to me about this matter.

## FACTS ESTABLISHING PROBABLE CAUSE

7.  On or about July 18, 2025, FBI Online Covert Employee (hereinafter "OCE-10655") was operating on Application A,[1] an end-to-end encrypted application, in a child sexual abuse material ("CSAM") trading room where multiple people can join and exchange imagery and videos containing CSAM. The name of the trading room indicated that it was for "little boys only," and included the numbers "2-13." Your Affiant understands these numbers to indicate that the trading room was intended to trade CSAM content of young boys between the ages of 2 and 13.

8.  OCE-10655 observed that Application A user 'FOOLISHMUMBLER' (User ID: W38KJH4JV) distributed three images to the group depicting a young male of approximately five years of age wearing a cream-colored shirt with multicolored dinosaurs on it. The boy was not wearing pants, and the three images focused on the child's buttocks. With the three pictures, 'FOOLISHMUMBLER' included the following message: "BUTT here's a boyni [sic] used to babysit." Based on OCE-10655's training and experience, as well as 'FOOLISHMUMBER's' caption on the images, the images appeared to depict original or homemade content.

---

[1] The identity of Application A, a messaging platform, as well as the full chat room name, is known to Your Affiant, but has not been listed within this affidavit to conceal the ongoing activity of the OCE.

9. On the same date, OCE-10655 engaged in a direct messaging conversation with 'FOOLISHMUMBLER' via Application A. In these messages, 'FOOLISHMUMBLER' went on to state that he babysat the minor boy and the boy's minor sister. 'FOOLISHMUMBLER' then sent OCE-10655 an image of the boy with a prepubescent female child estimated to be approximately five-years-old or younger, which depicted both minors lying on their stomachs on a brown carpeted floor. The female child is wearing a purple shirt with no pants, and her underwear is pulled down below her buttocks. The boy appears to be wearing the same cream-colored shirt with multicolored dinosaurs as observed in the images shared in the broader trading room by 'FOOLISHMUMBLER.' Again, the minor boy was not wearing any clothing from the waist-down, and his buttocks was exposed. 'FOOLISHMUMBLER' told OCE-10655 that he has sexually abused both children.

10. 'FOOLISHMUMBLER' sent additional CSAM to OCE-10655, including several images of a different minor female, also approximately five years old, who 'FOOLISHMUMBLER' identified as his ex-girlfriend's daughter ("Minor Victim A"). One of the images depicted Minor Victim A, a prepubescent female, lying on her back, nude from the waist-down, with her legs spread and her vagina exposed. The victim's face is partially visible in the image. 'FOOLISHMUMBLER' distributed additional CSAM images of Minor Victim A, further noting that he had also sexually abused this minor female.

11. 'FOOLISHMUMBLER' told OCE-10655 that he was 28-years-old and resided in the United States.

12. During the communications between 'FOOLISHMUMBLER' and OCE-10655, 'FOOLISHMUMBLER' accessed a URL link posted in the chat window. Your Affiant understands that this link was available only to 'FOOLISHMUMBLER' and OCE-10655. The FBI reviewed records associated with the URL link and determined that the user behind the

'FOOLISHMUMBLER' account accessed the link using the following IP address: 2601:540:cd00:3230:e42d:61c8:736b:a4d3.

13.     On July 21, 2025, FBI Albany served Comcast with an administrative subpoena to obtain the subscriber information associated with the above IP address. On July 22, 2025, Comcast provided the following subscriber information:

**Subscriber Name:** Matthew Tribbie

**Subscriber Address:** 1190 Washington Avenue, Apt. 1, Washington, PA 15301-2121

**Phone Number:** 412-997-1803

**Account Number:** 8993212670610131

**Email:** matttribbie8@comcast.net

14.     Pennsylvania Department of Motor Vehicle records dated May 2025 list Tribbie as residing at the same Washington Avenue address as identified by Comcast, and further list his date of birth as May 15, 1997, indicating that Tribbie is currently 28 years old, consistent with the representations that he made in direct messages with OCE-10655 via Application A.

15.     FBI send a Technical Assistance Request to the National Center for Missing and Exploited Children ("NCMEC") to obtain prior reports and/or complaints associated with Tribbie and his online activity. The FBI's inquiry yielded one result—NCMEC CyberTipline Report 139588853 ("CyberTip")—which was submitted by electronic service provider Snapchat. The CyberTip identifies Tribbie as the uploader of a media file containing CSAM. The CyberTip reports that the file was uploaded on or about November 27, 2022 and specifically identifies the suspected uploader as utilizing an email address of matttribbie8@gmail.com, having a date of birth of May 15, 1997, and operating a residential-based Comcast Cable IP address in Washington, Pennsylvania. Your Affiant notes that the 'matttribbie8@gmail.com' address identified in the above-described CyberTip bears an identical prefix to the e-mail address associated with Tribbie's aforementioned Comcast account.

16.     On or about October 22, 2025, Google responded to a Grand Jury Subpoena issued for email address matttribbie8@gmail.com and telephone number (412) 997-1803. In its subpoena response, Google indicated that the user of account 'matttribbie8@gmail.com' routinely accessed the internet using an IP address with prefix "2601:540:cd00:3230" between January 2025 and October 20, 2025. This same IP address matches the IP address utilized by the individual behind the 'FOOLISHMUMBLER' account communicating with OCE-10655 via Application A.

17.     On October 29, 2025, Your Affiant applied for and obtained a search warrant for the residence of 1190 Jefferson Avenue, Apartment 1, Washington, Pennsylvania 15301 and Tribbie's person. On October 30, 2025, FBI Mon Valley and the Washington Police Department executed the warrant. Tribbie was present at the time of execution.

18.     Upon making contact with Tribbie, he was informed of the nature of the investigation and was advised of his Miranda rights, which he acknowledged. Tribbie agreed to speak with law enforcement and as a result, he provided the following information:

   a.  Tribbie admitted to taking photographs of Minor Victim A on a personal mobile device, which is now in the custody of law enforcement. Law enforcement showed Tribbie a sample, sanitized photograph of Minor Victim A, who Tribbie identified as his ex-girlfriend's daughter. Tribbie confirmed that the photographs were taken in his bedroom at the Washington Avenue apartment in or around 2021 or 2022 during an overnight visit with Minor Victim A. He specifically identified a yellow/gold paisley-patterned pillow that can be observed in the background of the photograph of Minor Victim A; the same pillow was observed by law enforcement on Tribbie's bed during execution of the search warrant. Tribbie further stated that he fondled and/or groped the rear-side of Minor Victim A.

    b. Tribbie admitted to distributing both the CSAM that he produced of Minor A as well as additional CSAM utilizing the account 'FOOLISHMUMBLER' on Application A.

    c. Tribbie admitted to collecting and storing CSAM on five thumb drives, which law enforcement recovered from within the residence. Law enforcement previewed at least one of these thumb drives which yielded results for numerous media files, images, and videos depicting CSAM, including the CSAM that Tribbie produced of Minor Victim A and distributed to OCE-10655 in July 2025.

19. Based on the aforementioned information, Your Affiant respectfully requests Tribbie be charged with the offense outlined in this criminal complaint and accompanying affidavit.

## **CONCLUSION**

20. Considering all of the foregoing, Your Affiant respectfully submits that there is probable cause to find that Tribbie violated 18 U.S.C. §§ 2251(a) and (e).

21. The above information is true and correct to the best of my knowledge, information, and belief.

*/s/ Kristin Hummer*
KRISTIN HUMMER
Special Agent
Federal Bureau of Investigation

Sworn to before me, by telephone,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 30th day of October, 2025.

_____
HONORABLE CHRISTOPHER B. BROWN
UNITED STATES MAGISTRATE JUDGE

8